# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
E-mail: klimpl@thsh.com

March 27, 2015

**BY ECF**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *Fuentes et al. v. City Barn Group LLC et al.*
            Case No.: 14-cv-10211 (KBF)

Dear Judge Forrest:

    We are the attorneys for the Defendants in connection with the above-referenced case.

    We write to respectfully request a 30-day adjournment of the initial teleconference currently scheduled before Your Honor for Tuesday, March 31, 2015 at 8:30 a.m. We can report to the Court that the parties have now exchanged settlement proposals, and we believe that a settlement of this matter will likely be reached within the next month. Plaintiffs' counsel has agreed to the adjournment requested herein. A previous adjournment of this teleconference was granted by Your Honor at Plaintiffs' request prior to Defendants' appearance in this matter.

    Thank you Your Honor for your consideration of this request.

Respectfully submitted,

Jason B. Klimpl

cc: Anne Seelig, Esq. (by e-mail)

[1011517-1]