IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 29 2015
```

ANTONIO FUENTES, et al.
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

       Plaintiffs,

v.

CITY BARN GROUP LLC, et al.

       Defendants.

Case No.: 14-CV-10211

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed against Defendants, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs, if any, in this matter.

For the Defendants:

By: _____
Andrew Singer, Esq.
Jason Klimpl, Esq.
Tannenbaum Halpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
Telephone:(212)-508-6723
Fax: (212)-937-5261
singer@thshlaw.com

Date: 4/27/15

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Anne Seelig, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 4/27/15

SO ORDERED,

Dated: New York, New York

April 27, 2015

_____
Hon. Katherine B. Forrest
United States District Judge

4/29/15