# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:         (212) 465-1124
                         anne@leelitigation.com

May 20, 2015

**VIA ECF**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007-1312

                Re:   *Fuentes, et al. v. City Barn Group LLC, et al.*
                      Case No. 14-cv-10211

Dear Judge Forrest,

     We are counsel to Plaintiffs in the above-referenced case. We write, jointly with counsel to Defendants, in response to the Court's Order dated April 29, 2015, to advise the Court that the parties have reached a settlement in principle.

     The terms of the settlement agreement have been fully negotiated and the agreement is currently out for signature. The parties expect the agreement to be executed within the next week. In view of the foregoing, we respectfully request a 30-day adjournment of the date by which to submit the fully executed agreement and fairness submission to the Court (to June 19, 2015). There has been no previous request for an adjournment.

     We thank Your Honor for considering this matter.

Respectfully,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc:   Andrew Singer, Esq. (via e-mail)